UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISA YADIRA VASQUEZ ALVA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | No. 1:25-cv-01600-DJC-CSK<br><br><br><br>ORDER |

On November 25, 2025, the Court granted Petitioner's Motion for Temporary Restraining Order and directed Respondents to release Petitioner from their custody. (Order (ECF No. 10).) The Court also ordered Respondents to file an Order to Show Cause as to why the Court should not issue a preliminary injunction on the same terms as the Order. (*See id.*) Respondents did not raise any new arguments in opposition to the issuance of a preliminary injunction and instead submitted on their prior briefing. (Opp'n (ECF No. 11) at 1.)

In light of Respondents' limited opposition and for the reasons discussed in the Court's Order granting a temporary restraining order (*see* ECF No. 10), IT IS HEREBY ORDERED that:

1. A Preliminary Injunction shall issue on the same terms set forth in the Temporary Restraining Order (ECF No. 10).

2. Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restrictions on her, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice – describing the change of circumstances necessitating her arrest and detention – and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have her counsel present.

4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:   **December 8, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC7 – VasquezAlva25cv01600.pi